SARAH PEARSON DAVIS
P.O. BOX 820014
VICKSBURG, MS 39180

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

21ST MORTGAGE CORP
ATTN: BANKRUPTCY
620 MARKET STREET
KNOXVILLE, TN 37902

AARON'S
110 HAMMOND DR
STE 110
ATLANTA, GA 30328

ARRA FINANCE
PO BOX 631250
IRVING, TX 75063

CAINE & WEINER
ATTN: BANKRUPTCY
5805 SEPULVEDA BLVD
4TH FLOOR
SHERMAN OAKS, CA 91411

CHIME
ATTN: BANKRUPTCY
101 CALIFORNIA ST
SUITE 500
SAN FRANCISCO, CA 94111

COMMUNITY CHOICE
2121 CLAY ST
VICKSBURG, MS 39180

CREDENCE RESOURCE
ATTN: BANKRUPTCY
PO BOX 2300
SOUTHGATE, MI 48195

CREDIT COLLECTION
ATTN: BANKRUPTCY
725 CANTON ST
NORWOOD, MA 02062

EDFINANCIAL SERVICES L
P.O. BOX 30159
KNOXVILLE, TN 37930

MEADOWBROOK PROPERTIES
583 RED BONE RD
VICKSBURG, MS 39180

MIDLAND CREDIT MGMT
ATTN: BANKRUPTCY
PO BOX 939069
SAN DIEGO, CA 92193

MOHELA/ELFI, INC
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005

PLAZA SERVICES, LLC
ATTN: BANKRUPTCY
110 HAMMOND DR
SUITE 110
ATLANTA, GA 30328

RIVER REGION HEALTH SY
2100 HWY 61 N
VICKSBURG, MS 39183

TIMOTHY DAVIS
4739 LEE RD
VICKSBURG, MS 39180