**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Sarah Pearson Davis, Debtor** **Case No. 26-02396-JAW**
**CHAPTER 13**

**MOTION TO EXTEND DEADLINE**
**TO FILE CHAPTER 13 SCHEDULES**

COMES NOW the debtor by and through their attorney, and files this Motion to Extend Time to File Chapter 13 Schedules and would respectfully show the following:

1. That the debtor filed their Chapter 13 Petition on 09/02/2026.
2. That the schedules are due September 16, 2026.
3. That the debtor needs additional time to complete their schedules.
4. That the debtor requests until September 30, 2026 to file their schedules.

Respectfully Submitted,

By: /s/ Jennifer A Curry Calvillo

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500- 5533

CERTIFICATE OF SERVICE

I, Jennifer A Curry Calvillo, do hereby certify that I have this day electronically filed with the Court, a true and correct copy of the above and foregoing Motion on this date, September 15, 2026. All interested parties will receive CM/ECF from the Court.

/s/ Jennifer A Curry Calvillo
Jennifer A Curry Calvillo