**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13 NO.:**

**SARAH PEARSON DAVIS** **26 – 02396 – JAW**

**TRUSTEE'S MOTION TO EXTEND TIME TO SCHEDULE SECTION 341 MEETING OF CREDITORS**

COMES NOW Trustee, Harold J. Barkley, Jr., and files his Motion to Extend Time to Schedule Section 341 Meeting of Creditors; and in support thereof would most respectfully show unto this Honorable Court as follows:

1. That, the Debtor filed the Chapter 13 Voluntary Petition September 2, 2026. The Debtor has filed a Motion to Extend Deadline to File Schedules (DK #8). The Trustee cannot schedule the 341 meeting in this case unless and until the Debtor files her schedules. While 11 U.S.C. Section 341(a) allows the 341 meeting of creditors to be scheduled "within a reasonable time after the order for relief," the Federal Rules of Bankruptcy Procedure require the meeting to be called "no fewer than 21 days and no more than 50 days after the order for relief." Fifty days from the order for relief is set to expire October 22, 2026, therefore the Trustee requests an order extending the time to schedule the 341 meeting and allowing the meeting to be held beyond 50 days from the order for relief.

2. That, the Trustee would request that he be allowed to schedule the 341 meeting at a reasonable time after the Debtor files her schedules.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Motion be received and filed, and that this Honorable Court will enter its Order sustaining Trustee's Motion, and for such other, further and general relief to which the Trustee and this bankruptcy estate may be entitled.

Dated: September 16, 2026

Respectfully submitted,

/s/Harold J. Barkley, Jr.

HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

## CERTIFICATE

I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsifrm.com

Sarah Pearson Davis
Post Office Box 820014
Vicksburg, MS 39180

All creditors and other parties in interest as shown on attached mailing matrix

Dated: September ____16_____, 2026

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR.