Label Matrix for local noticing
0538-3
Case 26-02396-JAW
Southern District of Mississippi
Jackson-3 Divisional Office
Wed Sep 16 09:21:58 CDT 2026

(p)21ST MORTGAGE CORPORATION
PO BOX 477
KNOXVILLE TN 37901-0477

Aaron's
110 Hammond Dr
Ste 110
Atlanta, GA 30328-4806

Arra Finance
Po Box 631250
Irving, TX 75063-0016

Harold J. Barkley Jr.
P.O. Box 4476
Jackson, MS 39296-4476

(p)CAINE & WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

Chime
Attn: Bankruptcy
101 California St
Suite 500
San Francisco, CA 94111-5802

Community Choice
2121 Clay St
Vicksburg, MS 39183-3103

Credence Resource
Attn: Bankruptcy
Po Box 2300
Southgate, MI 48195-4300

Credit Collection
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062-2679

Jennifer A Curry Calvillo
The Rollins Law Firm
702 W. Pine St
Hattiesburg, MS 39401-3836

Sarah Pearson Davis
P.O. Box 820014
Vicksburg, MS 39182-0014

Edfinancial Services L
P.o. Box 30159
Knoxville, TN 37930-0159

MOHELA on behalf of KHEAA
KHEAA
PO Box 798
Frankfort KY 40602-0798

Meadowbrook Properties
583 Red Bone Rd
Vicksburg, MS 39180-8428

Midland Credit Mgmt
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193-9069

Mohela/elfi, Inc
633 Spirit Drive
Chesterfield, MO 63005-1243

(p)PLAZA SERVICES LLC
ATTN MANNY WILLIAMS
110 HAMMOND DRIVE
SUITE 110
ATLANTA GA 30328-4806

River Region Health Sy
2100 Hwy 61 N
Vicksburg, MS 39183-8211

Thomas Carl Rollins Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236-3767

Timothy Davis
4739 Lee Rd
Vicksburg, MS 39180-6325

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

21st Mortgage Corp
Attn: Bankruptcy
620 Market Street
Knoxville, TN 37902

Caine & Weiner
Attn: Bankruptcy
5805 Sepulveda Blvd
4th Floor
Sherman Oaks, CA 91411

Plaza Services, LLC
Attn: Bankruptcy
110 Hammond Dr
Suite 110
Atlanta, GA 30328