**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 17, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Sarah Pearson Davis, Debtor** **Case No. 26-02396-JAW**
**CHAPTER 13**

**ORDER EXTENDING TIME TO FILE SCHEDULES**

**THIS CAUSE** having come on this day for consideration by the court having considered the Motion to Extend Deadline to File Chapter 13 Schedules (Dkt #__8__); being fully advised in the premises finds that the Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED** that the debtor has until September 30, 2026 to file the Chapter 13 Schedules, failing which this case may be dismissed without further notice.

###END OF ORDER###

Agreed by:
/s/ Jennifer A Curry Calvillo
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500- 5533
trollins@therollinsfirm.com