**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 17, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13 NO.:**

**SARAH PEARSON DAVIS** **26 – 02396 – JAW**

**O R D E R**

THIS CAUSE came before this Honorable Court on the Trustee's Motion to Extend Time to Schedule Section 341 Meeting of Creditors [DK # 10 ]; and the Court orders as follows:

THAT, the Trustee's Motion to Extend Time to Schedule Section 341 Meeting of Creditors is hereby granted.

THAT, the time for scheduling the Section 341(a) Meeting of Creditors is hereby extended to a reasonable time after the Debtor files her schedules.

##END OF ORDER##

SUBMITTED BY:

/s/ Joshua C. Lawhorn
JOSHUA C. LAWHORN – MSB #103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM