**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13 NO.:**

**SARAH PEARSON DAVIS** **26 – 02396 – JAW**

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW Trustee, Harold J. Barkley, Jr., and files this his Objection to Confirmation of the Debtor's Chapter 13 Plan; and in support thereof would most respectfully show unto this Honorable Court as follows:

1. The Debtor filed a Chapter 13 Petition on September 2, 2026, and a 341(a) Meeting of Creditors was held on October 20, 2026.

2. Upon information and belief, this plan has not been filed in good faith.

3. That, Debtor proposes to make her payments directly to the Trustee. According to Schedule "I", Debtor is employed. That, Debtor should be required to file a motion to make payments directly or the Trustee should be authorized to issue a wage withholding order to Debtor's employer or confirmation should be denied and this case dismissed.

4. The Trustee hereby objects to any amended plan filed hereafter.

5. Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Objection be received and filed and at a hearing hereon confirmation be denied and for such other, further and general relief to which the Trustee and this bankrupt estate may be entitled.

Dated: October 22, 2026

Respectfully submitted,

/s/Harold J. Barkley, Jr.

HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161 FAX: 601/362-8826
EMAIL: HJB@HBARKLEY13.COM

**CERTIFICATE**

I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Sarah Pearson Davis
Post Office Box 820014
Vicksburg, MS 39180

Dated: October 22, 2026

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR.