United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-02396-JAW
Sarah Pearson Davis Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: admin Page 1 of 2
Date Rcvd: Nov 19, 2026 Form ID: n032 Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sarah Pearson Davis, P.O. Box 820014, Vicksburg, MS 39182-0014 |
| 5718240 | + | Aaron's, 110 Hammond Dr, Ste 110, Atlanta, GA 30328-4806 |
| 5721181 | + | MOHELA on behalf of KHEAA, KHEAA, PO Box 798, Frankfort KY 40602-0798 |
| 5718248 | + | Meadowbrook Properties, 583 Red Bone Rd, Vicksburg, MS 39180-8428 |
| 5718250 | + | Mohela/elfi, Inc, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5718252 | + | River Region Health Sy, 2100 Hwy 61 N, Vicksburg, MS 39183-8211 |
| 5718253 | + | Timothy Davis, 4739 Lee Rd, Vicksburg, MS 39180-6325 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5718239 | | Email/Text: ebn@21stmortgage.com | Nov 19 2026 19:07:00 | 21st Mortgage Corp, Attn: Bankruptcy, 620 Market Street, Knoxville, TN 37902 |
| 5731354 | | Email/Text: ebn@21stmortgage.com | Nov 19 2026 19:07:00 | 21st Mortgage Corporation, Attn: Bankruptcy, P.O. Box 477, Knoxville, TN 37901 |
| 5737626 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 19 2026 19:10:55 | AT & T Mobility, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5718241 | ^ | MEBN | Nov 19 2026 19:04:08 | Arra Finance, Po Box 631250, Irving, TX 75063-0016 |
| 5718242 | | Email/Text: caineweiner@ebn.phinsolutions.com | Nov 19 2026 19:07:05 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, 4th Floor, Sherman Oaks, CA 91411 |
| 5718243 | + | Email/Text: omx-bnc-bk-notices@chime.com | Nov 19 2026 19:07:00 | Chime, Attn: Bankruptcy, 101 California St, Suite 500, San Francisco, CA 94111-3580 |
| 5718244 | + | Email/Text: bkinfo@ccfi.com | Nov 19 2026 19:07:00 | Community Choice, 2121 Clay St, Vicksburg, MS 39183-3103 |
| 5718245 | + | Email/Text: bankruptcy@credencerm.com | Nov 19 2026 19:07:00 | Credence Resource, Attn: Bankruptcy, Po Box 2300, Southgate, MI 48195-4300 |
| 5718246 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 19 2026 19:08:00 | Credit Collection, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5746647 | + | Email/Text: peritus@ebn.phinsolutions.com | Nov 19 2026 19:08:00 | Crescent Auto Fin c/o Peritus Portfolio Svcs II, P.O. Box 1149, Grapevine, TX 76099-1149 |
| 5718247 | + | Email/Text: EBN@edfinancial.com | Nov 19 2026 19:07:00 | Edfinancial Services L, P.o. Box 30159, Knoxville, TN 37930-0159 |
| 5734947 | + | Email/Text: pasi_bankruptcy@chs.net | Nov 19 2026 19:07:00 | JACKSON HB MEDICAL SERVICES C/O PASI, PO BOX 188, BRENTWOOD, TN 37024-0188 |

| | | | | |
|---|---|---|---|---|
| 5745091 | | Email/Text: legaldivision@kheaa.com | Nov 19 2026 19:07:00 | KHEAA, PO BOX 798, FRANKFORT, KY 40602-0798 |
| 5740329 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 19 2026 19:07:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5718249 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 19 2026 19:07:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5718251 | | Email/Text: info@plazaservicesllc.com | Nov 19 2026 19:07:00 | Plaza Services, LLC, Attn: Bankruptcy, 110 Hammond Dr, Suite 110, Atlanta, GA 30328 |
| 5748319 | | Email/Text: bnc-quantum@quantum3group.com | Nov 19 2026 19:07:00 | Quantum3 Group LLC as agent for, Plaza Services LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5732746 | + | Email/Text: EBN@edfinancial.com | Nov 19 2026 19:07:00 | US DEPARTMENT OF EDUCATION, 120 N SEVEN OAKS DRIVE, KNOXVILLE TN 37922-2359 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | KHEAA, ATTN MILES F JUSTICE, 100 AIRPORT RD, FRANKFORT KY 40601-6161, address filed with court:, KHEAA, PO BOX 798, FRANKFORT, KY 40602-0798 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Sarah Pearson Davis jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Sarah Pearson Davis trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n032−adntcnpl (04/27/2026)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−02396−JAW
**Chapter:** 13

**In re:**

Sarah Pearson Davis
P.O. Box 820014
Vicksburg, MS 39180

## Notice of Entry of Order Confirming Plan

The Court entered an Order on 11/19/26 confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: November 19, 2026

Danny L. Miller, Clerk of Court